# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2015.

_____

Nos. 3D13-27, 3D13-26, & 3D13-25
Lower Tribunal Nos. 09-70721, 09-70726, & 10-36073

_____

**David Burstyn, on behalf of himself and all others similarly situated, et al.,**
Appellants,

vs.

## City of Aventura, et al.,
Appellees.

Appeals from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Schuler, Halvorson, Weisser & Zoeller, P.A., and Jason D. Weisser and David M. Kerner (West Palm Beach); Burlington & Rockenbach, P.A., and Andrew A. Harris (West Palm Beach), for appellants.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and E. Bruce Johnson and Christopher J. Stearns (Fort Lauderdale), for appellees City of Aventura, City of Miami Gardens, and Village of Bal Harbour.

Before LAGOA, SALTER, and FERNANDEZ, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

Based upon appellees' confession of error, and <u>Masone v. City of Aventura</u>, 147 So. 3d 492 (Fla. 2014), we reverse the final judgments and remand to the trial court for further proceedings.

Reversed and remanded.